IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> JONATHAN ARROYO MUÑIZ <br> XXX-XX-4007 <br><br> DEBTOR | CASE NO. 19-00247 EAG <br><br><br> CHAPTER 11 |
|---|---|

## MOTION TO WITHDRAW FROM REPRESENTATION

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney and very respectfully ALLEGES, STATES and PRAYS as follows:

1. The undersigned attorney presently holds the legal representation of Jonathan Arroyo Muñíz (the "Debtor") in the above captioned case.

2. Due to irreconcilable differences with Debtor, undersigned attorney understands that she is unable to adequately continue representing the Debtor legal interest in the above captioned matter.

3. Accordingly, undersigned attorney respectfully request this Honorable Court withdrawal from the legal representation referenced herein.

4. Furthermore, undersigned attorney respectfully request this Honorable Court a thirty (30) day extension of time to allow the Debtor the opportunity to find another legal representation.

5. Debtor has been notified of all pending matters in the instant case. Furthermore, Debtor has been notified of his obligation to comply with the deadlines that this Honorable Court and/or the Bankruptcy Code

has imposed in regards to the confirmation of the Chapter 11 Plan of Reorganization and the consequences of not been able to confirm such plan.

**WHEREFORE,** it is respectfully requested from this Honorable Court that an order be entered granting leave to the undersigned attorney to withdraw from the case and allowing Debtor thirty (30) days to appear with new counsel.

RESPECTFULLY SUBMITTED in Mayaguez, Puerto Rico, this 14th day of March, 2019.

### *CERTIFICATE OF SERVICE*

I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using ECF systems which sent a notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that I have served to the US Trustee, ustpregion21.hr.ecf@usdoj.gov and to standing chapter 13 trustee , and by depositing true and exact copies thereof in the United States mail; postage prepaid to the non CM/ECF participants as per master address list to all parties in interest to their address of record.

**/S/MIRIAM S. LOZADA RAMIREZ**
**ATTORNEY FOR DEBTOR**
**TEL 787-834-3004**
**Fax (787)986-7346**
**miriamlozada@gmail.com**
**POSTAL ADRESS:**
**PASEO LOS ROBLES**
**3020 JOSE MONGE**
**MAYAGUEZ, PR 00682**

JONATHAN ARROYO-MUÑIZ
AVE ESTACION 438
ISABELA, PR 00662

BANCO POPULAR
PO BOX 362708
SAN JUAN, PR 00936

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424-B)
P.O. BOX 9024140
SAN JUAN, PR 00902-4140

MIRIAM LOZADA RAMIREZ
MIRIAM LOZADA RAMIREZ
URB PASEO LOS ROBLES
3020 JOSE MONGE
MAYAGUEZ, PR 00682-2000

BANCO SANTANDER
ATTN. BANKRUPTCY DEPT.
P.O. BOX 362589
SAN JUAN, P. 00936-2589

DTOP
P O BOX 41269
SAN JUAN, PR 00940

AAA
P.O.BOX 7066
SAN JUAN, PR 00916

CASH MAX
11109 AVE JESUS T PINEIRO
SAN JUAN, PR 00920

INTERNAL REVENUE SERVICE
BANKRUTPCY DEPT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ACCEPTANCE NOW
5501 HEADQUARTERS DRIVE
PLANO, TX 75024

CITIFINANCIAL
300 SAINT PAUL PL
BALTIMORE, MD 21202

ISUANNETTE ORTIZ

AMERICAN EXPRESS
BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

CLARO
PO BOX 360998
SAN JUAN, PR 00936

MCKENZIE CAPITAL LLC
3390 MARY STREET SUITE 216
MIAMI, FL 33133

ATT
POB 192830
SAN JUAN, PR 00919-2830

COOP A/C DE AGUADA
PO BOX 543
AGUADA, PR 00602

OFFICE OF US TRUSTEE
500 TANCA ST
SUITE 301
SAN JUAN, PR 00901-1922

AUTORIDAD ACUEDUCTOS
PO BOX 70101
SAN JUAN, PR 00936

COOP AGUADA
BOX 543
AGUADA, PR 00602

POPULAR AUTO
PO BOX 50045
SAN JUAN, PR 00902-6245

AUTORIDAD DE ENERGIA
MARIA GORBEA BANKRUPTCY CLAIMS
PO BOX 363928
SAN JUAN, PR 936

COOP DE ISABELA
BOX 552
ISABELA, PR 00662

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928

AUTORIDAD DE ENERGIA ELECTRICA
ATTN MARIA GORBEA
GPO BOX 363928
SAN JUAN, PR 00936

CRIM
BANKRUPTCY DIVISION
PO BOX 195387
SAN JUAN, PR 00919

RENT A CENTER
16005 CARR 2 SUITE 50
AGUADILLA, PR 00603

SAMS CLUB
P O BOX 960023
ATLANTA, GA 30353-0942


TANIA CARDONA MONTALVO
HC-02 BOX 25020
CABO ROJO, PR 00623


UNVERSAL INS CO
PO BOX 9023862
SAN JUAN, PR 00902-


VEHICLE ACCEP CORP
4144 N CENTRAL EXPY STE
DALLAS, TX 75204


WESTLAKE FINANCIAL SERVICES
4751 WILSHIRE BLD 100
LOS ANGELES, CA 90010